UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| DAVID N. ZIMMERMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br><br>vs.<br><br>DIPLOMAT PHARMACY, INC., et al.,<br><br>   Defendants. | Civ. No. 2:16-cv-14005-AC-SDD<br><br>Hon. Avern Cohn<br><br><u>CLASS ACTION</u><br><br>NOTICE OF SETTLEMENT AND STIPULATED ORDER TO STAY PROCEEDINGS |

Lead Plaintiffs David N. Zimmerman, William Kitsonas and the Government Employees' Retirement System of the Virgin Islands (collectively, "Plaintiffs") and defendants Diplomat Pharmacy, Inc., Philip R. Hagerman and Sean M. Whelan (collectively, "Defendants"), and together with Plaintiffs (the "Parties"), hereby stipulate and request as follows:

WHEREAS, on April 11, 2017, the Plaintiffs filed the Amended Complaint for Violations of the Federal Securities Laws (ECF No. 20) (the "Amended Complaint") in the above-captioned matter;

WHEREAS, on January 19, 2018, the Honorable John Corbett O'Meara denied Defendants' Motion to Dismiss the Amended Complaint (ECF No. 36);

WHEREAS, on February 16, 2018, this matter was reassigned to this Court (ECF No. 40);

WHEREAS, on August 9, 2018, the Court denied Defendants' Motion for Reconsideration (ECF No. 46);

WHEREAS, on March 7, 2019, Plaintiffs filed their Motion for Class Certification (ECF No. 56);

WHEREAS, the Parties had reached agreement on a briefing schedule in connection with Plaintiffs' Motion for Class Certification, subject to Court approval;

WHEREAS, the Parties have now reached an agreement in principle to settle the claims and allegations in the action and are currently negotiating the terms of a Stipulation of Settlement;

WHEREAS, the Parties are undertaking their best efforts to agree upon and execute a Stipulation for Settlement for presentation to the Court for preliminary approval within twenty-one (21) days.

THEREFORE, in the interest of facilitating the Parties' resolution of the action and preserving the resources of the Parties and the Court, the Parties agree and stipulate that all proceedings in the above-captioned matter be stayed until April 22, 2019, on or before which the Parties expect to file a Stipulation of Settlement and motion for preliminary approval with the Court. Nothing herein shall be deemed to constitute a waiver of any rights, defenses, objections or any other application to any

1546119_1

court that any party may have with respect to the claims set forth in the Amended Complaint.

Based on the stipulation of the undersigned parties, and the Court being otherwise fully advised in the premises, **IT IS HEREBY ORDERED THAT:**

All proceedings in the above-captioned matter are hereby stayed until April 22, 2019. The Parties are to file a Stipulation of Settlement and motion for preliminary approval on or before April 22, 2019.

SO ORDERED.

Date: April 3, 2019

s/Avern Cohn
U.S. District Judge

The undersigned stipulate to the entry of this order.

DATED: April 2, 2019          ROBBINS GELLER RUDMAN
         & DOWD LLP
JONAH H. GOLDSTEIN
MATTHEW I. ALPERT
HILLARY B. STAKEM
ALEXI H. PFEFFER-GILLETT

/s/ Matthew I. Alpert (w/ permission)
MATTHEW I. ALPERT

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

DATED: April 2, 2019          GLANCY PRONGAY & MURRAY LLP
LIONEL Z. GLANCY
JOSHUA L. CROWELL

/s/ Joshua L. Crowell (w/ permission)
JOSHUA L. CROWELL

1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310/201-9150
310/201-9160 (fax)

Counsel for Lead Plaintiffs and the Class

                         VANOVERBEKE MICHAUD &
                           TIMMONY, P.C.
MICHAEL J. VANOVERBEKE (P42641)
THOMAS C. MICHAUD (P46787)
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)
mvanoverbeke@vmtlaw.com
tmichaud@vmtlaw.com

THE MILLER LAW FIRM, P.C.
E. POWELL MILLER (P39487)
SHARON S. ALMONRODE (P33938)
950 W. University Dr., Suite 300
Rochester, MI  48307
Telephone:  248/841-2200
248/652-2852 (fax)
mln@millerlawpc.com
ssa@millerlawpc.com

Liaison Counsel for the Class

DATED:  April 2, 2019        SIDLEY AUSTIN LLP
                                    JAMES W. DUCAYET
                                    NILOFER UMAR

                       /s/ James W. Ducayet (w/ permission)
                            JAMES W. DUCAYET

1 South Dearborn Street
Chicago, IL  60603
Telephone:  312/853-7000
312/853-7036 (fax)
jducayet@sidley.com
numar@sidley.com

Attorneys for Defendants

1546119_1

| | |
|---|---|
| DATED: April 2, 2019 | HONIGMAN LLP<br>NICHOLAS B. GORGA (P72297)<br>ANDREW M. PAUWELS (P79167)<br><br>/s/ Andrew M. Pauwels<br>        ANDREW M. PAUWELS<br><br>660 Woodward Avenue<br>2290 First National Building<br>Detroit, MI 48226-3506<br>Telephone: (313) 465-7640<br>Facsimile: (313) 465-7641<br>ngorga@honigman.com<br>apauwels@honigman.com<br><br>Attorneys for Defendants |